United States District Court
Southern District of Texas
**ENTERED**
June 27, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| MERIDIAN CONDOMINIUM ASSOCIATION,<br>    Plaintiff,<br><br>v.<br><br>OHIO SECURITY INSURANCE COMPANY,<br>    Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§  Civil Action No. 7:23-CV-00164 |

## O R D E R

Considering the foregoing Rule 41(a) Stipulation of Voluntary Dismissal,

IT IS ORDERED that the above-entitled cause is hereby dismissed with prejudice as to Ohio Security Insurance Company, with each party to bear their own costs.

SO ORDERED June 27, 2024, at McAllen, Texas.

Randy Crane
United States District Judge